# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>PEOPLE OF THE VIRGIN ISLANDS<br><br>Plaintiffs,<br><br>v.<br><br>JULIAN GLASGOW,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CRIMINAL NO. 2008-019<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

FINCH, SENIOR JUDGE

THIS MATTER comes before the Court on a Motion for Review of Detention Order filed by Defendant Julian Glasgow. The Government opposes the Motion. A hearing was held on December 5, 2008. The Government was represented by Rhonda Williams-Henry, Esq., AUSA; and Michael A. Joseph, Esq., appeared on behalf of Defendant. Having heard the arguments of counsel and based on the findings of fact and conclusions of law stated on the record in open court, it is hereby

**ORDERED** that Defendant Julian Glasgow's Motion for Review of Detention Order is **GRANTED**. It is further

**ORDERED** that Defendant be **RELEASED** from custody in accordance with the conditions of release stated on the record in open court on December 5, 2008 and the Order Setting Conditions of Release.

**ENTERED** this 5th day of December, 2008.

                                                 /s/
                                  **HONORABLE RAYMOND L. FINCH**
                                  **SENIOR DISTRICT JUDGE**