## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

**UNITED STATES OF AMERICA,**

                **Plaintiff,**        2008-CR-0019-02

   v.

**JULIAN GLASGOW,**

                **Defendant.**

**TO:**   Rhonda Williams-Henry, Esq., AUSA
        Michael A. Joseph, Esq.

### ORDER

THIS MATTER came before the Court upon the oral motion of Defendant Julian Glasgow for change of custodian due to the recent departure of said Defendant's father and currently-appointed third-party custodian to the mainland for medical treatment. An emergency hearing was held on March 17, 2009. The government was represented by Rhonda Willliams-Henry, Esq., AUSA. Michael A. Joseph, Esq., appeared on behalf of Defendant Julian Glasgow, and said Defendant also was present.

Being advised in the premises and upon due consideration thereof, the Court finds that a change of custodian is warranted. However, at this juncture, the Court does not have sufficient information regarding said Defendant's proposed third-party custodian and

*United States v. Glasgow, Julian*
2008-CR-0019-02
Order
Page 2

other circumstances upon which to make a ruling. The Court requires additional information before approving the change of custodian and will continue this matter to allow such information to be provided.

    Accordingly, it is now hereby **ORDERED**:

1. The Office of U.S. Probation shall verify said Defendant's alleged employment.

2. Said Defendant shall arrange a meeting between his proposed replacement third-party custodian and counsel for the government for **Wednesday, March 18, 2009, at 9:00 a.m.**

3. This matter is **CONTINUED** to **Monday, March 23, 2009, at 9:00 a.m.**

                                        ENTER:

Dated: March 17, 2009                             /s/ George W. Cannon, Jr.
                                                        GEORGE W. CANNON, JR.
                                                        U.S. MAGISTRATE JUDGE